**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ernest PERRY, Defendant–Appellant.**

**No. 12–7602.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 1, 2013.

Decided: Feb. 22, 2013.

Ernest Perry, Appellant Pro Se. Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before KING, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Perry appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Perry*, No. 3:08–cr–00399–HEH–1 (E.D.Va. Sept. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*